IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KWARTENG PRINCE OSEI,**<br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>Respondent. | CIVIL ACTION<br><br><br><br>NO. 18-0063 |

# O R D E R

**AND NOW**, this 15th day of January, 2019, upon consideration of Motion for *Coram Nobis* Petition filed by *pro se* petitioner, Kwarteng Prince Osei (Document No. 1, filed March 15, 2018), Government's Response in Opposition to Petition for Writ of Coram Nobis (Document No. 3, filed Sept. 17, 2018), and the record in this case, for the reasons set forth in the accompanying Memorandum dated January 15, 2019, **IT IS ORDERED** that Motion for Coram Nobis Petition filed by *pro se* petitioner is **DENIED**.[1]

**IT IS FURTHER ORDERED** that the Deputy Clerk shall serve copies of the Memorandum and Order dated January 15, 2019, on counsel for the Government and on *pro se* petitioner, Kwarteng Prince Osei, at his last known address.

Because *pro se* petitioner, Kwarteng Prince Osei, was removed from the United States to Ghana during the pendency of these proceedings, before the Government was served with a copy of the *coram nobis* petition, **IT IS FURTHER ORDERED** that the Government shall attempt to locate *pro se* petitioner in Ghana and serve him with copies of the Memorandum and Order within thirty (30) days, following which the Government shall file a certificate setting forth the

---

[1] "No certificate of appealability is necessary to appeal the denial of [a] petition for writ of *coram nobis*." *Deshields v. Smith*, 176 F. App'x 340, 342 n.1 (3d Cir. 2006) (citing *United States v. Baptiste*, 223 F.3d 188, 189 n.1 (3d Cir. 2000)).

details of service or its inability to locate and serve *pro se* petitioner.  If additional time is required, it shall be requested within the thirty-day period.

        **BY THE COURT:**

        **/s/ Hon. Jan E. DuBois**

        **DuBOIS, JAN E., J.**